IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                    CASE NUMBER 2:11CR20029-001

LUIS ORTIZ-FLORES                                                       DEFENDANT
a/k/a ROLANDO CONTRERAS

### ORDER

On June 21, 2011, Barry D. Neal was appointed to represent the defendant, pursuant to the Criminal Justice Act (Document #15). The court determined that the defendant had income and/or assets in excess of that needed for support and ordered the defendant to pay a $1,500.00 retainer to Mr. Neal. It was further determined that the defendant would be responsible for paying Mr. Neal for his services in excess of the $1,500.00 retainer.

On October 17, 2011, the defendant was sentenced to time served, from his original incarceration on April 25, 2011. No supervision was imposed, in anticipation that the defendant would be deported by the Bureau of Immigration and Customs Enforcement. The $100.00 special assessment was remitted upon motion of the Government.

Following his representation of the defendant, Mr. Neal submitted a CJA 20 Voucher to the U. S. District Clerk for payment of hourly compensation and travel expenses. The voucher was processed and payment made to Mr. Neal for the full amount requested of $2,334.38. The payment did not reflect the $1,500.00 retainer paid by the defendant directly to Mr. Neal.

IT IS THEREFORE ORDERED that Barry D. Neal will pay to the Clerk, U. S. District Court, the $1,500.00 retainer previously paid to Mr. Neal by the defendant.

IT IS FURTHER ORDERED that the $834.34 balance of attorney's fees paid to Mr. Neal have been properly paid pursuant to the Criminal Justice Act.

Dated this 20 day of December, 2011.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF U. S. MAGISTRATE JUDGE